# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### Appeal No. 15-1686

---

TecSec, Inc.,

           *Plaintiff-Appellant,*

v.

Adobe Systems Inc.,

           *Defendant-Appellee/*
           *Cross-Appellant,*

and

SAS Institute, Inc., SAP America, Inc., SAP, AG, Cisco Systems, Inc., Sybase, Inc., Software AG, Software AG, Inc., Paypal, Inc., Oracle Corporation and Oracle America, Inc.

           *Defendants.*

---

Appeal from the United States District Court for the
Eastern District of Virginia in 1:10-CV-115, Hon. Judge Leonie M. Brinkema

---

### CROSS-APPELLANT ADOBE SYSTEMS INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE BRIEF

---

        Charlene M. Morrow (CSB No. 136411)
        Virginia K. DeMarchi (CSB No. 168633)
        Phillip J. Haack (CSB No. 262060)
        FENWICK & WEST LLP
        Silicon Valley Center
        801 California Street
        Mountain View, CA  94041
        Telephone:   650.988.8500
        Facsimile:   650.938.5200

        *Attorneys for Cross-Appellant*
        *Adobe Systems Incorporated*

# **CERTIFICATE OF INTEREST**

Counsel for Cross-Appellant Adobe Systems Inc. certifies the following:

1. The full name of every party or amicus represented by me is:

    Adobe Systems Incorporated

2. The name of the real party in interest represented by me is:

    Adobe Systems Incorporated

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None

4. The names of all law firms or the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

| **Law Firm** | **Attorneys** |
|---|---|
| Fenwick & West LLP | Charlene M. Morrow |
|  | Virginia K. DeMarchi |
|  | Phillip J. Haack |
|  | David Wallace |

Dated:  August 6, 2015           FENWICK & WEST LLP


                                By: */s/Charlene M. Morrow*
                                     Charlene M. Morrow

                                *Attorneys for Cross-Appellant*
                                *Adobe Systems Incorporated*

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Federal Circuit Rule 26(b), Cross-Appellant Adobe Systems Incorporated ("Adobe") moves for a modest extension of fourteen days to file its responsive brief in the above-captioned appeal.  TecSec has indicated that it does not oppose the instant motion.

Adobe's responsive brief is currently due on September 11, 2015.  If the requested extension is granted, Adobe's brief would be due on September 25, 2015.  Adobe has not previously requested an extension of this deadline.  Appellant TecSec, Inc. ("TecSec") served its opening brief on the deadline date, July 28, 2015.  On July 31, 2015, this Court entered a Notice of Rejection because TecSec's brief was not in compliance with the rules of this Court.  As a result of TecSec's deficient filing, the Court extended the deadline for TecSec to file its opening brief an additional two weeks, to August 14, 2015.  However, Adobe's responsive brief remains due on September 11, 2015.

TecSec has made this appeal more complex than Adobe expected by advancing claim construction issues that are not ripe, procedural objections not raised previously, and by including a request for reassignment on remand.  Accordingly, good cause exists for Adobe's request for a modest extension to address these additional issues.  Moreover, the undersigned will be appearing in

district court on September 9, 2015 in California and September 11, 2015 in the District of Columbia, and as a result, has a conflict with the current filing deadline.

For the foregoing reasons, Adobe respectfully requests that the Court extend the deadline for its responsive brief by fourteen days, up to and including September 25, 2015. A proposed order granting Adobe's motion is attached hereto.

Dated: August 6, 2015

Respectfully submitted,

FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

By: */s/Charlene M. Morrow*
    Charlene M. Morrow

*Attorneys for Cross-Appellant*
*Adobe Systems Incorporated*

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2015, the foregoing **DEFENDANT-APPELLEE/CROSS-APPELLANT ADOBE SYSTEMS INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE BRIEF** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send notification of such filing to counsel of record.

/s/Charlene M. Morrow
Charlene M. Morrow

*Attorneys for Cross-Appellant*
*Adobe Systems Incorporated*