NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TECSEC, INC.,**
*Plaintiff - Appellant*

v.

**ADOBE SYSTEMS INCORPORATED,**
*Defendant - Cross-Appellant*

**SAS INSTITUTE, INC., SAP AMERICA, INC., SAP AG, CISCO SYSTEMS, INC., SYBASE, INC., SOFTWARE AG, SOFTWARE AG, INC., PAYPAL, INC., ORACLE CORPORATION, ORACLE AMERICA, INC.,**
*Defendants - Appellees*

---

15-1686

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 1:10-cv-00115-LMB-TCB United States District Judge Leonie M. Brinkema

---

ON MOTION

# O R D E R

Upon consideration of cross-appellant, Adobe Systems Incorporated's unopposed motion to extend time to file cross-appellant's principal brief until September 25, 2015,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

August 7, 2015          /s/ Daniel E. O'Toole
                        Daniel E. O'Toole
                        Clerk of Court